UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:18-MJ-1049-BO

UNITED STATES OF AMERICA

      Vs.                                              ORDER

KATHY JEAN LILLY,
      Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to her at P.O. Box 366, Ocracoke NC 27960.

SO ORDERED.

August 23, 2018

_____
United States District Court Judge